DONALD LEE TINGLE, Appellant, v. WARDEN, NEVADA STATE PRISON, Respondent.

No. 6925

October 4, 1972        501 P.2d 62

*Gary A. Sheerin,* State Public Defender, for Appellant.

*Robert List,* Attorney General, and *Howard D. McKibben,* District Attorney, Douglas County, for Respondent.

## OPINION

*Per Curiam:*

The appellant stands convicted of burglary. His appeal from the denial of post-conviction relief acknowledges that the appeal is frivolous since the precise point tendered for our decision was considered and determined adversely to the appellant in the recent case of Page v. State, 88 Nev. 188, 495 P.2d 356 (1972).

Affirmed.